■ In the Matter of the Arbitration between EDNA OTTEY et al., Appellants, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent.— Order, Supreme Court, New York County, entered on December 16, 1970, unanimously affirmed, on opinion of Streit, J., without costs and without disbursements. No opinion. Concur — McGivern, J. P., Kupferman, Murphy, McNally and Eager, JJ. [71 Misc 2d 164.]

■ In the Matter of the Estate of ARTHUR D. NORCROSS, Deceased. LOUISE WATSON et al., as Coexecutors of ARTHUR D. NORCROSS, Deceased, et al., Appellants; HELEN N. HAUCK, Respondent.— Order, Surrogate's Court, New York County, entered on October 26, 1971, unanimously affirmed, on opinion of Di Falco, S., with $50 costs and disbursements to all parties filing briefs, payable out of the estate. No opinion. Concur — McGivern, J. P., Kupferman, Murphy, McNally and Eager, JJ. [67 Misc 2d 932.]